[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15200
Non-Argument Calendar
_____

D.C. Docket No. 3:12-cr-00175-TJC-JBT-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY ANDREWS,
a.k.a. Little Larry,
a.k.a. "L",

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(June 2, 2015)

Before WILLIAM PRYOR, JORDAN and JILL PRYOR, Circuit Judges.

PER CURIAM:

Valerie Linnen, appointed counsel for Larry Andrews in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Andrews's convictions and sentences are **AFFIRMED.**